DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONNEVIA PETERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1497

[April 23, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kal Evans, Judge; L.T. Case No. 062023CT005183A88810.

Gordon Weekes, Public Defender, and Sarah Elizabeth Sandler, Assistant Public Defender, Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Marcus Russell Kelly II, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***